UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MATTICE/CARTER |
| | ) | |
| v. | ) | CASE NO. 4:09-CR-45 |
| | ) | |
| TINA GILLIAM | ) | |

**O R D E R**

On October 19, 2009, Magistrate Judge William B. Mitchell Carter filed a Report and

Recommendation recommending (a) the Court accept Defendant Tina Gilliam's ("Defendant")

plea of guilty to Count One of the Indictment in exchange for the undertakings made by the

government in the written plea agreement; (b) the Court adjudicate Defendant guilty of the

charges set forth in Count One of the Indictment; (c) that a decision on whether to accept the plea

agreement be deferred until sentencing; and (d) Defendant shall remain on bond pending

sentencing in this matter (Doc. 32).  Neither party filed an objection within the given ten days.

After reviewing the record, the Court agrees with the magistrate judge's report and

recommendation.  Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's

report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Indictment, in exchange for the

undertakings made by the government in the written plea agreement, is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the

Indictment;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;

and

(4) Defendant **SHALL REMAIN ON BOND** pending sentencing on **Tuesday,**

**January 19, 2010, at 10:30 am**.

**SO ORDERED.**

**ENTER:**


*/s/Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE